STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 20 2000

at 2 o'clock and 05 min P M.
WALTER A.Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>MARIO TRIGUEROS-FLORES,<br>aka Ruben Acosta,<br>    Ambrosio Lopez,<br><br>            Defendant. | CR. NO. **CR00 00481 HG**<br><br>INDICTMENT<br><br>[8 U.S.C. § 1326] |

INDICTMENT

The Grand Jury charges:

On or about April 15, 1999, in the District of Hawaii, the Defendant, MARIO TRIGUEROS-FLORES, aka Ruben Acosta, Ambrosio Lopez, an alien who was excluded, deported, and removed from the United States subsequent to being convicted of an aggravated felony, was thereafter found in the United States, having knowingly and unlawfully entered the United States without having obtaining the consent of the Attorney General of the United

States for re-application by the Defendant for admission into the United States.

In violation of Title 8, United States Code, Section 1326.

DATED: _____Dec 20_____, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES OF AMERICA vs. MARIO TRIGUEROS-FLORES,
"Indictment"